| | |
|---|---|
| In re: MICHAEL BRYANT DEAN<br><br>Debtor | Bankruptcy No.: 16-40273-WJL-13<br>R.S. No.: EAT-1831<br>Hearing Date: 09/20/2017<br>Time: 9:30 am |

## Relief From Stay Cover Sheet

Instructions: Complete caption and Section A for all motions. Complete Section B for mobile homes, motor vehicles, and personal property. Complete Section C for real property. Utilize Section C as necessary. If moving party is not a secured creditor, briefly summarize the nature of the motion in Section D.

(A) Date Petition Filed: 02/02/2016  Chapter: 13
    Prior hearings on this obligation: _____  Last Day to File §523/§727 Complaints: 05/16/2016

(B) Description of personal property collateral (e.g. 1983 Ford Taurus):

Secured Creditor [ ] or lessor [ ]
| | | | |
|---|---|---|---|
| Fair market value: | $ N/A | Source of value: | N/A |
| Contract Balance: | $ N/A | Pre-Petition Default: | $ N/A |
| Monthly Payment: | $ N/A | No. of months: | N/A |
| Insurance Advance: | $ N/A | Post-Petition Default: | $ N/A |
| | | No. of months: | N/A |

(C) Description of real property collateral (e.g. Single family residence, Oakland, CA):
    2012 El Fresco Drive, Pittsburg, CA 94565

Fair market value: $ 510,000.00   Source of value: Schedule A&D.   If appraisal, date: _____

Moving Party's position (first trust deed, second, abstract, etc.):

| | | | |
|---|---|---|---|
| Approx. Bal. | $ 390,949.78 | Pre-Petition Default: | $ |
| As of (date): | 08/25/2017 | No. of months: | |
| Mo. payment: | $ 2,857.97 | Post-Petition Default: | $ 5,755.20 |
| Notice of Default (date): | N/A | No. of months: | 2 |
| Notice of Trustee's Sale: | N/A | Advances Senior Liens: | $ N/A |

Specify name and status of other liens and encumbrances, if known (e.g. trust deeds, tax liens, etc.):

| Position | Amount | Mo. Payment | Defaults |
|---|---|---|---|
| 1st Trust Deed: Movant | $ 395,645.94 | $2,857.97 | $5,755.20 |
| 2nd Trust Deed: | | | |
| | | | |
| | | | |
| (Total) | $ 395,645.94 | $ 2,857.97 | $ 5,755.20 |

(D) Other pertinent information:

Debtor's failure to make required post-petition mortgage payments constitutes a material default under the Debtor's confirmed Chapter 13 Plan. Movant records reflect debtor is not currently under a loan modification review.

/s/ BRANDYE N. FOREMAN    09/06/2017
Signature

BRANDYE N. FOREMAN
Print or Type Name

Attorney for NATIONSTAR MORTGAGE LLC